UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CV 7359 Case No.

ACS Recovery Services, Inc.,

**Plaintiff**

-v-

Maria B. Figueiredo,

**Defendant**

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ACS Recovery Services, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

FILED 2007 AUG 17 PM 2:44 U.S. DISTRICT COURT S.D.N.Y.

Affiliated Computer Services, Inc.

Date: 8/18/07

Signature of Attorney

**Attorney Bar Code:** GB 4695

Form Rule7_1.pdf