JUDGE ROBINSON

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern    DISTRICT OF    New York

ACS RECOVERY SERVICES, INC.,

V.

MARIA B. FIGUEIREDO, as Executrix of the Estate of Antonio Figueiredo, Deceased, and MARIA B. FIGUEIREDO, Individually.

**APPEARANCE**

Case Number: 07 CV 7359

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ACS Recovery Services, Inc., Plaintiff

I certify that I am admitted to practice in this court.

FILED
U.S. DISTRICT COURT
2007 AUG 17 PM 2:44
S.D. OF N.Y.

| 8/18/2007 | *signature* |
|---|---|
| Date | Signature |

Glenn E. Butash                                    GB4695
Print Name                                         Bar Number

Day Pitney LLP, 7 Times Square
Address

New York,            NY             10036
City                 State          Zip Code

(212) 297-5800           (973) 966-1015
Phone Number             Fax Number