UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

ACS RECOVERY SERVICES, INC.,

                             Plaintiff,

       -against-

MARIA B. FIGUEIREDO, as Executrix of the
Estate of ANTONIO FIGUEIREDO, deceased
and MARIA B. FIGUEIREDO, Individually,

                            Defendant.
-----------------------------------------------------------------------X

Civil Action No. 07CV7359

**STIPULATION**

COUNSELORS:

     IT IS HEREBY STIPULATED, consented to and agreed, by and between the undersigned

attorneys of record for the parties to the above-captioned matter, that the time of the defendant to

appear or to answer, amend or supplement the answer as of right, or to make any motion with

relation to the summons or the complaint in this action, is hereby extended through and including

the 12th day of October  2007.  Defendant also stipulates to waive jurisdiction in regard to

service of process.

Dated:  New York, New York
          September 11, 2007

**David P. Kownacki, Esq.**
**DAVID P. KOWNACKI, P.C.**
*Attorney for Defendant*
122 East 42nd Street
New York, NY 10168
*t*(212) 557-4190
*f*(212) 557-4188

**Glenn E. Butash, Esq.**
**DAY PITNEY, LLP**
*Attorneys for Plaintiff*
7 Times Square
New York, NY 10036
*t*(973) 966-8246
*f*(973)966-1015

Dated:

So Ordered

JUDGE STEPHEN C. ROBINSON
F:\A to G\Figueiredo. A\Stip to extend our time to answer.wpd

September 18, 2007
White Plains, NY

