UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of  
**Hon. Lisa Margaret Smith**  
Chief United States Magistrate Judge

September 24, 2007

**SCHEDULING ORDER**
07CV7359(CLB) (LMS)

Glenn Eric Butash  
Day Pitney LLP  
7 Times Squares  
New York, NY 10036

David P. Kownacki, P.C.  
122 E 42nd St  
New York, NY 10168



The matter of    **ACS-V-FIGUEIREDO**    has been scheduled for a conference, before the Hon. Lisa Margaret Smith, Chief United States Magistrate Judge, on **October 15, 2007** at 10:45 AM in Courtroom 420.

Notify all other parties of this schedule immediately.
*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED: *Lisa Margaret Smith*

———————————————
Hon. Lisa Margaret Smith
U.S.M.J.