UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK

Rev. 9/03

-----------------------------------------------------------------X

ACS RECOVERY SERVICES, INC.,

                        Plaintiff,

          - against -

MARIA B. FIGUEIREDO as Executrix of the  
Estate of Antonio Figueriredo, Deceased and  
Individually,

                       Defendant.

-----------------------------------------------------------------X

**ORDER OF REFERENCE**  
**TO A MAGISTRATE JUDGE**

07 Civ. 7359 (CLB) (LMS)

The above entitled action is referred to the Hon. Lisa Margaret Smith, United States Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

**_X_ All Purposes**

___ Specific Non-Dispositive Motion/Dispute:*

___ Settlement*

___ Inquest After Default/Damages Hearing

___ All purposes permitted by law

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose of _____

___ Habeas Corpus

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____

    All such motions: ____

*Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: White Plains, New York  
           September 21, 2007

                                                   _Charles L. Brieant_  
                                                   United States District Judge