**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
Chief United States Magistrate Judge

October 25, 2007

**SCHEDULING ORDER**
07CV7359(CLB)(LMS)

Morris Alexander Bowie, II
Day Pitney, L.L.P. (Times Square)
Times Square Tower
7 Times Square
New York, NY 10036



David P. Kownacki, P.C.
122 E 42nd St
New York, NY 10168

The matter of **ACS-V-FIGUEIREDO** has been scheduled for

**telephone conference** before the Hon. Lisa Margaret Smith, United States Magistrate Judge on

**November 5, 2007 at 9:45AM**. *Plaintiff's counsel* will be responsible for placing the

conference call. Please have all parties on the line when calling chambers.

**PLEASE NOTIFY YOUR ADVERSARY OF THIS SCHEDULE <u>IMMEDIATELY</u>**
*Any party seeking a reschedule shall call chambers with <u>all</u> other parties on the line*

SO ORDERED: _____
Hon. Lisa Margaret Smith
U.S.M.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____