**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

COURTESY COPY

————————————————————————
ACS RECOVERY SERVICES, INC.,                    x

                    Plaintiff,                  Filed ECF

v.                                              Civil Action No. 07cv7359 (CLB-LMS)

MARIA B. FIGUEIREDA, Individually and as
Executrix of the Estate of Antonio Figueireda,
Deceased,

                    Defendant.                  x
————————————————————————

RECEIVED
NOV - 5 2007
HON. LISA MARGARET SMITH
U.S.M.J.

## MOTION TO WITHDRAW APPEARANCE

The undersigned, Glenn E. Butash formerly associated with Day Pitney LLP, respectfully moves to withdraw his appearance filed in this matter on behalf of ACS Recovery Services, Inc. This motion is made pursuant to Rule 1.4 of the Local Rules of Federal Civil Procedure, and further on the basis that the undersigned is no longer associated with Day Pitney. Substitute counsel, M. Alexander Bowie, II and Mikhal Francois of Day Pitney LLP have filed an appearance in lieu thereof on behalf of ACS Recovery Services, Inc.

WHEREFORE, in accordance with the foregoing representations, the undersigned respectfully requests that this Court withdraw his appearances as counsel to the plaintiff, ACS Recovery Services, Inc.

*[handwritten left margin: Lisa Margaret Smith 11-5-07; SO ORDERED; Motion granted.]*

*[handwritten right margin: Only as to Glenn Butash including this DayPitney movant as counsel]*