```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
ACS RECOVERY SERVICES, INC.,

                Plaintiff,                  07CV7359(CLB)(LMS)

        v.                                  NOTICE OF APPEARANCE

MARIA B. FIGUEIREDO, as Executrix
of the Estate of Antonio Figueiredo,
Deceased, and MARIA B. FIGUEIREDO,
Individually,

                Defendant.
--------------------------------------X
```

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for defendant

    MARIA B. FIGUEIREDO, as Executrix
    of the Estate of Antonio Figueiredo,
    Deceased, and MARIA B. FIGUEIREDO,
    Individually,

I certify that I am admitted to practice in this court.

Dated: New York, New York
       November 13, 2007

Signature

David P. Kownacki          DK2601
Print Name                 Bar Number

122 East 42nd Street, Suite 2112
Address

New York    New York        10168
City        State           Zip Code

(212) 557-4190    (212) 557-4188
Phone Number      Fax Number

\\Server\client\A to G\Figueiredo, A\notice of appearance.wpd

**AFFIDAVIT OF SERVICE BY MAIL**

State of New York   )
                    )   ss.:
County of New York  )

Albania Salas, being duly sworn, deposes and says, that deponent is not a party to the within action, is a resident of Bronx County and is over 18 years of age.

That on November 13, 2007, I served a true copy of the within **NOTICE OF APPEARANCE** upon:

Mikhal Francois, Esq.
**DAY PITNEY, LLP**
Attorneys for Plaintiff
Seven Times Square
New York, New York 10036

by depositing a true copy of the same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York and directed to the said persons at the address indicated above, such address being the address designated by said persons for that purpose.

_____
Albania Salas

Sworn to me before this
13th of November 2007

_____
Notary Public