NEW YORK SUPREME COURT - COUNTY OF BRONX

PART 6M

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX:
-----------------------------------------------------------X
Figueiredo

-against-

New Palace Painters et ano
-----------------------------------------------------------X

| | Case Disposed ☐ |
| --- | --- |
| | Settle Order ☐ |
| | Schedule Appearance ☐ |

Index №: 8151/04

Hon. Howard R. Silver
Justice.

The following papers numbered 1 to _____ Read on this motion,_
Noticed on _____ and duly submitted as No. _____ on the Motion Calendar of _____

| | PAPERS NUMBERED | |
| --- | --- | --- |
| Notice of Motion - Order to Show Cause - Exhibits and Affidavits Annexed | | |
| Answering Affidavit and Exhibits | | |
| Replying Affidavit and Exhibits | | |
| _____ Affidavits and Exhibits | | |
| Pleadings - Exhibit | | |
| Stipulation(s) - Referee's Report - Minutes | | |
| Filed Papers | ✓ | |
| Memoranda of Law | | |

Upon the foregoing papers this motion to approve the settlement and to extinguish any claimed Great-West Healthcare lien asserted by ACS Recovery Services is granted on default.

Letter requesting adjournment dated 8/4/07 was faxed to Court on 8/6/07 and plaintiff's attorney was assured by defendant's attorney on Friday Aug 3 that he would be in Court today.

Motion is Respectfully Referred to:
Justice: _____
Dated: _____

Dated: 8/6/07

Hon. _____
J.S.C.