SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
---------------------------------------------------------------x
MARIA B. FIGUEIREDO, as Executrix of the
Estate of ANTONIO FIGUEIREDO, deceased
and MARIA B. FIGUEIREDO, Individually,

Index No. 8151/04

               Plaintiff,

-against-

NEW PALACE PAINTERS SUPPLY CO., INC.,
FRAN-JU, INC. and GERARDO MARCHESE, INC.,

               Defendants.

### NOTICE OF ENTRY

C O U N S E L O R S:

PLEASE TAKE NOTICE that the within is a true copy of a Order entered on October 9, 2007, in the Office of the Clerk of the Court, County of Bronx.

Dated: New York, New York
      October 12, 2007

Yours, etc.

_____
DAVID P. KOWNACKI, P.C.
*Attorney for Plaintiff*
122 East 42nd Street
Suite 2112
New York, NY 10168
(212) 557-4190

TO:
**MOLOD SPITZ & DeSANTIS, P.C.**
*Attorneys for Defendant*
*New Palace Painters Supply*
104 West 40th Street
New York, New York 10018
(212) 869-3200
File No. UN-630

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
*Co-Counsel for Defendant*
*Fran-Ju, Inc.*
199 Water Street, 25th Floor
New York, New York 10038
(212)232-1300

**ACS RECOVERY SERVICES**
P.O. Box 4003
Schaumburg, IL 60168-4003

Glenn E. Butash, Esq.
**DAY PITNEY, LLP**
Seven Times Square
New York, New York 10036

**WADE, CLARK, MULCAHY**
*Attorneys for Defendant*
*Fran-Ju, Inc.*
111 Broadway, 9th Floor
New York, New York 10006
(212) 267-1900
File No. 267-1900

**LAW OFFICES OF THOMAS K. MOORE**
*Attorneys for Defendant*
*Gerardo Marchese, Inc.*
701 Westchester Avenue
Suite 101W
White Plains, New York 10604
(914) 285-8500

**ARNOLD I. BERNSTEIN, ESQ.**
599 West Hartsdale Road
White Plains, New York 10607

\\Server\client\A to G\Figueiredo, A\notice of entry order approve fee.wpd

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
----------------------------------------X
MARIA B. FIGUEIREDO, as Executrix of the
Estate of ANTONIO FIGUEIREDO, deceased           Index No. 8151/04
and MARIA B. FIGUEIREDO, Individually,

              Plaintiff,

      - against -                                     **ORDER**

NEW PALACE PAINTERS SUPPLY CO., INC.,
FRAN-JU, INC. and GERARDO MARCHESE, INC.,

              Defendants.
----------------------------------------X

    Plaintiff having moved this Court, by way of an Order to Show Cause for an Order approving the amount of the settlement, disbursements and attorneys' fee and directing payment of the settlement, pursuant to EPTL § 5-4.6, and; extinguishing any claimed lien asserted by ACS Recovery Services on behalf of Great-West Healthcare ; and said motion having duly come on to be heard before me on the 6th day of August, 2007,

    **NOW,** on reading and filing the Order to Show Cause of plaintiff dated June 28, 2007, the Affidavit of David P. Kownacki, sworn to the 20th day of June, 2007, and the exhibits thereto, all in support of the motion, and there being no opposition,

    **NOW,** on motion of David P. Kownacki, PC, attorney for plaintiff; it is

    **ORDERED,** that plaintiff's motion is in all respects granted; and it is further

    **ORDERED,** that the settlement in the amount of $2.8 million

is approved; and it is further

   ORDERED, that counsel for plaintiff are authorized to collect their disbursements in the amount of $8,481.07; and it is further

   ORDERED, that the attorneys' fee in the amount of $930,506.31 is hereby approved; and it is further

   ORDERED, that the lien asserted by ACS Recovery Services on behalf of Great-West Healthcare is extinguished; and it is further

   ORDERED, that a copy of this Order with Notice of Entry shall also be served upon the Clerk of the Trial Support Office.

Dated

SEP 1 9 2007

E N T E R:

_____
J.S.C.

F:\A to G\Figueiredo, A\order.wpd