UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ACS RECOVERY SERVICES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| v. | ) | 07cv7359 (CLB)(LMS) |
| | ) | |
| MARIA B. FIGUEIREDO, as | ) | ECF Case |
| Executrix of the Estate of Antonio Figueiredo, | ) | |
| Deceased, and MARIA B. FIGUEIREDO, | ) | |
| Individually | | |
| | | |
| Defendant. | | |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1) AS TO DEFENDANTS MARIA B. FIGUEIREDO, AS EXECUTRIX OF THE ESTATE OF ANTONIO FIGUEIREDO, DECEASED, AND MARIA B. FIGUEIREDO INDIVIDUALLY *& order*

**PLEASE TAKE NOTICE THAT** plaintiff ACS Recovery Services, Inc., hereby dismisses the Complaint against defendants Maria B. Figueiredo, as Executrix of the Estate of Antonio Figueiredo, Deceased, and Maria B. Figueiredo, Individually, without prejudice and without costs or fees against any party.

Respectfully Submitted,

DAY PITNEY LLP

By: /s/ M. Alexander Bowie II
M. Alexander Bowie, II (MB-6826)
7 Times Square
New York, New York 10036-7311
Telephone: (212) 297-5800
Facsimile: (212) 247 5995
Email: mabowie@daypitney.com
*Attorneys for Plaintiff ACS Recovery Services, Inc.*

Dated: New York, New York
January 25, 2008

*So ordered: January 25, 2008*

*Charles L. Brieant*
*U.S.D.J.*